[No. 70860-1-I. Division One. March 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JAMES HANSEN III, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-00904-4, Barbara Linde, J., entered August 30, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Cox, J.

[No. 70947-0-I. Division One. March 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES E. HAGER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05798-9, Jean A. Rietschel, J., entered September 20, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Appelwick and Leach, JJ.

[No. 71005-2-I. Division One. March 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. GERARDO ARELLANO-GAMA, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 13-1-00034-1, Susan K. Cook, J., entered October 10, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Dwyer, J.

[No. 71090-7-I. Division One. March 2, 2015.]

TRUDY M. DAVIS, *Appellant*, v. THE BLACKSTONE CORPORATION, *as Successor Trustee*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-03991-5, Jean A. Rietschel, J., entered October 3, 2013. *Reversed* and *remanded* by unpublished opinion per Dwyer, J., concurred in by Verellen, A.C.J., and Lau, J.